(May 9, 1898.)

## VERMONT LOAN AND TRUST COMPANY v. MAXWELL.

. [53 Pac. 1130.]

Syllabus in this case same as in *Vermont Loan etc. Co. v. Tetzlaff*, decided at this term, ante, p. 105.

APPEAL from District Court, Latah County.

George W. Goode, for Appellant.

The same question which is submitted by appellants in the case of *Vermont Loan and Trust Co. v. Aaron Tetzlaff et al.*, in this term of this court, which is, "That the contract sued upon, being usurious, the action is prematuretly brought on a default of payment of interest." The principal note sued upon matured December 1, 1897, this complaint was filed August 21, 1895. (*Vermont Loan etc. Co. v. Hoffman*, 5 Idaho, 376, 49 Pac. 314; *Harmon v. Ashmead*, 61 Cal. 439; 5 Am. & Eng. Ency. of Law, 483, notes; 12 Am. & Eng. Ency. of Law, 71; notes, *Brackett v. Cuenin*, 15 Colo. 381, 22 Am. St. Rep. 402, and note, 25 Pac. 167; *Duluth Nat. Bank v. Knoxville Fire Ins. Co.*, 85 Tenn. 76, 4 Am. St. Rep. 750, 1 S. W. 689; *Chase v. Whitten*, 51 Minn. 485, 53 N. W. 767.)

A. E. Gallagher & R. T. Morgan, for Respondent.

No brief filed.

HUSTON, J.—This case involving the same question decided in *Vermont Loan etc. Co. v. Tetzlaff et al.*, ante, p. 105, the judgment of the district court is reversed and the cause remanded with instructions to dismiss the complaint.

Costs to appellant.

Sullivan, C. J., and Quarles, J., concur.